## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

GREGORY GILLILAN,               :
                                :
                     Plaintiff  :
                                :
vs.                             :
                                :
Warden JOSE MORALES, *et al.*,  :      NO. 5:11-CV-146 (HL)
                                :
                     Defendant  :      **O R D E R**
_____

   Plaintiff **GREGORY GILLILAN**, an inmate at Johnson State Prison in Wrightsville, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.[1]  Plaintiff makes wide-ranging complaints regarding the denial of proper medical care at Johnson State Prison, where he was recently transferred.

   The Middle District of Georgia is not the appropriate court in which to file the instant action. The defendants appear to be located, and all of the events alleged in the complaint occurred, in Johnson County, which is located in the Southern District of Georgia.  28 U.S.C. § 90(c)(2). Pursuant to 28 U.S.C. § 1404(a), a district court may, in the interests of justice, transfer a civil action filed in the wrong district.  Because it appears that this action should have been filed in the Southern District of Georgia, transfer to that district is appropriate.

   Accordingly, the Court **DIRECTS** the Clerk of the Court to **TRANSFER** this action to the United States District Court for the Southern District of Georgia, Dublin Division.

   Plaintiff is **DIRECTED** not to file in this Court additional lawsuits relating to events occurring at Johnson State Prison.

_____

   [1]  A review of court records reveals that plaintiff has filed more than 150 civil actions in the United States District Courts for the Middle and Southern Districts of Georgia, and at least 11 of those complaints or resulting appeals have been dismissed as frivolous.

**SO ORDERED**, this 21st day of April, 2011.


_s/ Hugh Lawson_____
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr